# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDEN GRAHAM,<br><br>            Petitioner,<br><br>    v.<br><br>ALBERTO R. GONZALEZ,<br><br>            Respondent.        / | 1:08-cv-01463-AWI-SMS (HC)<br><br>ORDER RESOLVING PETITIONER'S MOTION OF INQUIRY AND DIRECTING CLERK OF COURT TO SEND PETITIONER COPY OF COURT'S OCTOBER 6, 2008, ORDER<br><br>[Doc. 5] |

On September 29, 2008, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On October 6, 2008, the Honorable Anthony W. Ishii dismissed the petition for lack of subject matter jurisdiction and judgment was entered.[1]  (Court Docs. 3, 4.)

Now pending before the Court is Petitioner's motion for the status of this case, filed on July 9, 2009. (Court Doc. 5.) Petitioner is advised that on October 6, 2008, the instant petition for writ of habeas corpus was dismissed pursuant to the Section 106 of the READ ID Act, which eliminated this Court's jurisdiction to review final orders of removal-the challenge raised by Petitioner in the instant petition. On this same date, the order was properly served on Petitioner at his address of record, which is effective service.[2]  (See Local Rule 182(f); Court. Doc. 3.) Because Petitioner contends that he is not aware of the status of this case, the Court will direct the Clerk's office to send Petitioner an additional copy of the Court's October 6, 2008,

---

[1] This order was properly served on Petitioner at his address of record.  (See Court Doc. 3.)

[2] The Court notes that no notice of address change has been filed.

1

1 dismissing the instant petition.

2     Based on the foregoing, it is HEREBY ORDERED that:

3     1.    Petitioner's motion for review of the instant petition is DENIED as MOOT; and,

4     2.    The Clerk of Court is directed to send Petitioner an additional copy of the Court's

5     October 6, 2008, to Petitioner.

6 IT IS SO ORDERED.

7 **Dated:**   **January 5, 2010**         /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE